UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

| | |
|---|---|
| **ASLANBAS CIVI TEL CELIK HASIR GIDA D/B/A ASLANBAS NAIL AND WIRE CO.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al**<br><br>**Defendants.** | **Court No. 20-00049** |

### ORDER

Upon consideration of the Plaintiff's Consent Motion to Stay ("Motion") and all other papers and proceedings herein, it is hereby

ORDERED that Plaintiff's Motion is Granted; and it is further

ORDERED that the above-captioned matter is stayed on the merits until 65 days after the final resolution of *PrimeSource Building Products, Inc. v. United States, et al.,* Court No. 20-00032; and it is further

ORDERED that the parties shall file a Joint Status Report within 65 days after the resolution of *PrimeSource Building Products, Inc. v. United States, et al.,* Court No. 20-00032.

SO ORDERED.

Dated: May 18, 2020
New York, New York

/s/ Timothy C. Stanceu
Chief Judge

/s/ Jennifer Choe-Groves
Judge

/s/ M. Miller Baker
Judge