UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

| | |
|---|---|
| **ASLANBAS NAIL AND WIRE CO.** and **LITNAGLIS JSC,** | |
| Plaintiffs, | **Court No. 20-00049** |
| v. | Before: Timothy C. Stanceu, Chief Judge, and Jennifer Choe-Groves and M. Miller Baker, Judges |
| **UNITED STATES OF AMERICA, et al.** | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Order of this Court entered on May 13, 2020, ECF No. 28, Plaintiffs hereby file this Joint Status Report ("JSR") on behalf of both Plaintiff and Defendants within 65 days of the decision of the Court of International Trade in *PrimeSource Building Products v. United States*, Slip. Op. 21-36 (Apr. 5, 2021) ("*PrimeSource*"). Plaintiff's counsel conferred with Defendants' counsel on June 9, 2021.

Plaintiff believes that the May 13, 2020 Order granting a stay of this case contemplated that the parties would advise the Court of whether *PrimeSource* has been appealed to the Court of Appeals for the Federal Circuit. Defendants note that the Court's order granted a stay "until 65 days after the final resolution" of *Primesource* (ECF No. 28), and believe that a status report is not due at this time. Notwithstanding, Defendants do not object to the filing of this joint status report.

We hereby advise this Court that on June 4, 2021, the Defendants filed a notice of appeal of the *PrimeSource* decision to the Court of Appeals for the Federal Circuit. *See* Notice of Appeal, Ct. No. 20-00032, ECF 112. There is therefore no need to include a proposed briefing schedule at this time in this action as stated in Plaintiff's Consent Motion to Stay, ECF No. 27, filed in this action on May 4, 2020

                Respectfully submitted,

                /s/*Lizbeth R. Levinson*

                Lizbeth R. Levinson
                Ronald M. Wisla
                Brittney R. Powell

                **FOX ROTHSCHILD LLP**
                1030 15th Street, N.W.
                Suite 380 East
                Washington, D.C. 20005
                Phone: (202) 461-3100
                Fax: (202) 461-3102
                E-mail: llevinson@foxrothschild.com
                            rwisla@foxrothschild.com
                            bpowell@foxrothschild.com

Dated: June 9, 2021