**Notices**

1:20-cv-00118-TCS-JCG-MMB Geekay Wires Ltd. v. United States et al

U.S. Court of International Trade

LIVE Database

**Notice of Electronic Filing**

The following transaction was entered by Powell, Brittney on 2/23/2024 at 5:07 PM EDT and filed on 2/23/2024
**Case Name:**          Geekay Wires Ltd. v. United States et al
**Case Number:**        1:20-cv-00118-TCS-JCG-MMB
**Filer:**              Geekay Wires Ltd.
**Document Number:** 21

**Docket Text:**
**Form 7A notice of dismissal pursuant to 41(a)(1)(A)(i) . Filed by Brittney Renee Powell of Fox Rothschild LLP on behalf of Geekay Wires Ltd..(Powell, Brittney)**


**1:20-cv-00118-TCS-JCG-MMB Notice has been electronically mailed to:**

Attorney-in-Charge     civil.itfoecf@usdoj.gov, ashantwa.m.jackman@usdoj.gov, cylena.l.abrahams@usdoj.gov, itfo@usdoj.gov, rodrigo.patino@usdoj.gov, valerie.a.tapia@usdoj.gov, veronique.p.charles@usdoj.gov

CBP Assistant Chief Counsel     gmb.asstchiefcounselitl@cbp.dhs.gov

Adam Henry Gordon     adam.gordon@bristolgrouplaw.com

Aimee Lee     aimee.lee@usdoj.gov, christopher.mcshea2@usdoj.gov, civil.itfoecf@usdoj.gov, Ferdinand.Wallace@usdoj.gov, itfo@usdoj.gov, rodrigo.patino@usdoj.gov, valerie.a.tapia@usdoj.gov, veronique.p.charles@usdoj.gov

Brittney Renee Powell     bpowell@foxrothschild.com

Jennifer Michele Smith-Veluz     jennifer.smith@bristolgrouplaw.com

Lizbeth R. Levinson     llevinson@foxrothschild.com

Ronald M. Wisla     rwisla@foxrothschild.com

**1:20-cv-00118-TCS-JCG-MMB Notice has been delivered by other means to:**

Lauren Nicole Fraid
The Bristol Group PLLC
1707 L Street, NW.
Suite 570
Washington, DC 20036-4221

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Geekay Wire Form 07A.pdf
**Electronic document Stamp:**
[STAMP citStamp_ID=992012590 [Date=2/23/2024] [FileNumber=1199588-0] [
d69e218f7efdbd66109871c7e92b5b19cdb68fb313e86e9d50bf9c1e2177fb365d4da2
b9f0bd1ad4c221ed85a5c677584a565ca697da3019026a3cc3b265b657]]

**UNITED STATES COURT OF INTERNATIONAL TRADE**                FORM 7A

| | |
|---|---|
| ASLANBAS NAIL AND WIRE CO. AND LITNAGLIS JSC,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | Court No. 20-00049 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: February 23, 2024

Lizbeth R. Levinson
Brittney R. Powell
_____
                    Attorney for Plaintiff

2020 K Street NW, Suite 500 East
_____
                    Street Address

Washington, D.C. 20006
_____
                    City, State and Zip Code

(202) 361-3100
_____
                    Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade


                    By: _____
                              Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-00049 | ASLANBAS NAIL AND WIRE CO. AND LITNAGLIS JSC, |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                   Clerk, U. S. Court of International Trade

                                   By: _____
                                                  Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)